# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157705(158)

DEBORAH LYNN FOSTER,
      Plaintiff/Counterdefendant-
      Appellee,

v

RAY JAMES FOSTER,
      Defendant/Counterplaintiff-
      Appellant.
_____/

SC:  157705
COA:  324853
Dickinson CC:  07-015064-DM

On order of the Court, the motion for rehearing of the Court's April 29, 2020 opinion is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2020



t0722

Clerk